IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| JOSHUA ISAIAH MONEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-037 |
| | ) | |
| WARDEN CALDWELL; SPECIAL AGENT VILLEGAS; DR SOMMERHAUSER; WARDEN CHAMBERS; NURSE OLVER; NURSE WRAY; OFFICER BROWN; OFFICER KELMENS; OFFICER JONES; OFFICER RODGERS; CERT OFFICER SCOTT; NURSE SHIRLEY; NURSE OVERSTREET; OFFICER WITHERSPOON; OFFICER JANE DOE #1; SGT. OFFICER KNIGHT; COUNSELOR WATTS; MENTAL HEALTH DIRECTOR WEST; NURSE DARCY; CERT GREENE (African American); CERT GREENE (Caucasian); CERT OFFICER JOHN DOE #1; CERT OFFICER JOHN DOE #2; WARDEN MESSER; WARDEN FRANKLIN; OFFICER ROWLAND; SGT. OFFICER FRANKLIN; OFFICER RHODES; OFFICER LINDA; GIBBONS; and WATSON, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Objections to this Report and Recommendation must be filed by no later than August 7, 2023, must specify each proposed finding of fact and conclusion of law to which objection is made, must state the bases for each such objection, and must be served upon all parties. Failure to file objections by this deadline may result in this Report and Recommendation

becoming the opinion and order of the Court.  <u>Devine v. Prison Health Servs., Inc.</u>, 212 F. App'x 890, 892 (11th Cir. 2006) (*per curiam*).  Failure to object to any proposed finding of fact or conclusion of law waives the right to challenge on appeal the district court's adoption of each such factual finding or legal conclusion.  11th Cir. R. 3-1.  The Clerk will submit this Report and Recommendation together with any objections to United States District Judge Dudley H. Bowen, Jr., on August 8, 2023.

Requests for extension of time to file objections shall be filed with the Clerk of Court for consideration by the undersigned.  A party may not appeal this Report and Recommendation directly to the United States Court of Appeals for the Eleventh Circuit.  Appeals may be made only from a final judgment.

SO ORDERED this 19th day of July, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA