IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

2023 AUG 10  A 10 38

| | | |
|---|---|---|
| JOSHUA ISAIAH MONEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-037 |
| | ) | |
| WARDEN CALDWELL; SPECIAL | ) | |
| AGENT VILLEGAS; DR | ) | |
| SOMMERHAUSER; WARDEN | ) | |
| CHAMBERS; NURSE OLVER; | ) | |
| NURSE WRAY; OFFICER BROWN; | ) | |
| OFFICER KELMENS; OFFICER JONES; | ) | |
| OFFICER RODGERS; CERT OFFICER | ) | |
| SCOTT; NURSE SHIRLEY; NURSE | ) | |
| OVERSTREET; OFFICER WITHERSPOON; | ) | |
| OFFICER JANE DOE #1; SGT. OFFICER | ) | |
| KNIGHT; COUNSELOR WATTS; MENTAL | ) | |
| HEALTH DIRECTOR WEST; NURSE | ) | |
| DARCY; CERT GREENE (African | ) | |
| American); CERT GREENE (Caucasian); | ) | |
| CERT OFFICER JOHN DOE #1; CERT | ) | |
| OFFICER JOHN DOE #2; WARDEN | ) | |
| MESSER; WARDEN FRANKLIN; | ) | |
| OFFICER ROWLAND; SGT. OFFICER | ) | |
| FRANKLIN; OFFICER RHODES; | ) | |
| OFFICER LINDA; OFFICER GIBBONS; | ) | |
| OFFICER WATSON; and SGT. | ) | |
| STEFFAN GIBBS, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which objections have been filed.  (Doc. no. 27.)

Nothing in Plaintiff's objections change the conclusion that Plaintiff's disregard of the Court's

instructions resulted in submission of an impermissible shotgun pleading, which is due to be dismissed.  (See doc. no. 25, pp. 5-9.)  Accordingly, the Court **OVERRULES** Plaintiff's objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint without prejudice, and **CLOSES** this civil action.

SO ORDERED this _____ day of August, 2023, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

2